| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PHILLIP A. TALBERT<br>Acting United States Attorney<br>BRIAN A. FOGERTY<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 6<br>7 | Attorneys for Plaintiff<br>United States of America |

**FILED**
Jun 21, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF:<br><br>2021 Mercedes coupe with California license plate number 8UHF914 | CASE NO. 2:21-sw-0525 CKD<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

**S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: June 21, 2021

_____
Hon. Carolyn K. Delaney
United States Magistrate Judge